Bessie Simon, Appellant, v. Paul Balasic and Alfred Balasic, Appellees.

Gen. No. 42,863.

opinion filed May 2, 1944. Jacob Levy, for appellant; Edward McTiernan, of counsel; Max M. & Samuel Grossman, for appellees; Sid Mogul and Louis N. Grossman, of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.